IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



JUL 12 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXESY PREDYBAYLO,<br><br>Defendant. | CR NO: 2:17-mj-00118-KJN-1 |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum            ☐ Ad Testificandum

Name of Detainee: ALEXESY PREDYBAYLO
Detained at: Sacramento County Jail
Detainee is:
 a.) ☒ charged in this district by:  ☐ Indictment  ☐ Information  ☒ Complaint
      charging detainee with: 21 U.S.C. § 841(a)(1); 18 U.S.C. § 922(g)(1)
 or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
 a.) ☒ return to the custody of detaining facility upon termination of proceedings
 or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

Signature: /s/ Ross K. Naughton
Printed Name & Phone No: Ross K. Naughton / (916) 554-2991
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum            ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**] or [**on DATE AND TIME**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: July 12, 2017

Honorable Kendall J. Newman
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: 10024696  X-4280466
Facility Address: Sac County 651 "I" Street, Sac 95814
Facility Phone:
Currently

☒ Male  ☐ Female
DOB: **/**/1993
Race:
FBI#:

## RETURN OF SERVICE

Executed on: _____   _____
                              (signature)